IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LOCKWOOD INTERNATIONAL, INC. | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:18-CV-00292 |
| | § | |
| WELLS FARGO BANK, N.A., ET AL | § | |
| Defendants. | § | |

## THE LOCKWOOD CREDITOR TRUSTEE'S MOTION TO DISMISS WITH PREJUDICE CLAIMS AGAINST THE LENDER DEFENDANTS

Allyson D. Byman, Trustee for the Lockwood Creditor Trust (the "Creditor Trustee"), the successor-in-interest to Plaintiffs Lockwood International, Inc., Lockwood Enterprises, Inc., LMG Manufacturing, Inc., Piping Components, Inc., Lockwood Holdings, Inc., LH Aviation, LLC, and 7807 Eagle Lane LLC (collectively, "Plaintiffs") files this Motion to Dismiss with Prejudice all of Plaintiffs' claims against Defendants Wells Fargo Bank, N.A., Wells Fargo Securities, LLC, and Trustmark National Bank (collectively, the "Lender Defendants"). This Motion does not affect Plaintiffs' claims against Defendants Doeren Mayhew Texas, PLLC d/b/a Doeren Mayhew, Moore Stephens Doeren Mayhew & Co., P.C., Juan Padilla, and Rebecca Ramirez (collectively, the "Doeren Mayhew Defendants").[1] In support thereof, the Creditor Trustee shows the Court as follows.

---

[1] Plaintiffs and/or the Creditor Trustee and the Doeren Mayhew Defendants anticipate requesting that the Court remand the claims against the Doeren Mayhew Defendants to the state court from which the lawsuit was removed.

1.      Plaintiffs filed for bankruptcy protection in January of 2018.  (*See* Dkt. 1 and Dkt. 7 in Case No. 18-30197; *In re: Lockwood Holdings, Inc., et al.*; In the United States Bankruptcy Court in the Southern District of Texas, Houston Division (the "Bankruptcy Matter")).    On December 21, 2018, Plaintiffs/Debtors, the Official Committee of the Unsecured Creditors, Wells Fargo Bank, N.A. and Trustmark National Bank filed a proposed Compromise Joint Chapter 11 Plan.  (Dkt. 824 in the Bankruptcy Matter (the "Compromise Plan")).    Under the Compromise Plan, Plaintiffs/Debtors agreed to dismiss with prejudice all of their claims against the Lender Defendants in the above-numbered and styled cause on the Effective Date of the Compromise Plan.

2.      On February 6, 2019, the Honorable Bankruptcy Judge David R. Jones entered *Findings of Fact, Conclusions of Law, and an Order (I) Approving Disclosure Statement on a Final Basis and (II) Confirming the Compromise Joint Chapter 11 Plan.* (*See* Dkt No. 882 in the Bankruptcy Matter).

3.      The Effective Date of the Compromise Plan occurred on June 26, 2019.

4.      On June 3, 2019, the Court signed an order allowing Francis I. Spagnoletti and Spagnoletti & Co. to withdraw as counsel of record for Plaintiffs, and requiring Mr. Spagnoletti to notify bankruptcy counsel for Plaintiffs and/or the Creditor Trustee of the need to appear and dismiss with prejudice the claims asserted by Plaintiffs against the Lender Defendants on the Effective Date of the Compromise Plan.   (*See* Dkt. 39). Accordingly, the Creditor Trustee hereby seeks to dismiss ***with prejudice*** all of Plaintiffs' claims against the Lender Defendants, and requests that all taxable court costs be taxed against the parties incurring same.

MOTION TO DISMISS WITH PREJUDICE
CLAIMS AGAINST LENDER DEFENDANTS                                      PAGE 2

Based on the foregoing, the Creditor Trustee respectfully requests that (i) the Court dismiss all of Plaintiffs' claims against the Lender Defendants *with prejudice* as to the refiling of same, and (ii) that all taxable court costs be paid by the party incurring same.

Respectfully submitted,

By: ___*/s/ Steven Shurn (with permission by YIA)*___
Steven Shurn
Texas SBN 24013507
sshurn@hwa.com
HUGHESWATTERSASKANASE, LLP
1201 Louisiana St., 28th Floor
Houston, Texas 77002
Tel: 713.759.0818
Fax: 713.759.6834   401 Louisiana, 8th Floor
Houston, TX 77002
Telephone:   713 653 5600
Facsimile:   713 653 5656

**COUNSEL FOR ALLISON D. BYMAN,
TRUSTEE FOR THE LOCKWOOD
CREDITOR TRUST**

MOTION TO DISMISS WITH PREJUDICE
CLAIMS AGAINST LENDER DEFENDANTS                                    PAGE 3

## CERTIFICATE OF CONFERENCE

I hereby certify that on June 26, 2019, I communicated with Ms. Yasmin Atasi, counsel for the Lender Defendants, via phone regarding this Motion, and she stated that she is <u>unopposed</u> to the relief sought in this Motion.

Furthermore, I hereby certify that on June 26, 2019, Ms. Yasmin Atasi communicated with Mr. Glenn R. LeMay, counsel for Doeren Mayhew Defendants, via phone regarding this Motion, and he stated that he is <u>unopposed</u> to the relief requested in this Motion.

Lastly, I hereby certify that on June 26, 2019, Ms. Yasmin Atasi communicated with Mr. David Toy, counsel for Intervenor Plaintiff Michael F. Lockwood, via phone regarding this Motion, and he stated that he is <u>unopposed</u> to the relief requested in this Motion.

*/s/ Steven Shurn (with permission by YIA)*
Steven Shurn

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2019, a true and correct copy of foregoing was served on all counsel of record via the Court's ECF system.

*/s/ Steven Shurn (with permission by YIA)*
Steven Shurn